## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 09986 |
| Charlotte S Thompson, ) | HON. A. Benjamin Goldgar |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

CarMax Business Services, LLC, 225 Chastain Meadows Court Ste 210, Kennesaw, GA 30144;

Illinois Corporation Service C, Registered Agent for CarMax Business Services, LLC, 801 Adlai Stevenson Drive, Springfield, IL 62703;

See attached service list.

Please take notice that on July 2, 2019, at 9:30 a.m. I shall appear before the Honorable A. Benjamin Goldgar in Courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on June 7, 2019.

/s/ *Jeremy M. Nevel* ___
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-09986<br>Northern District of Illinois<br>Eastern Division<br>Fri Jun  7 09:11:25 CDT 2019 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| CAPITAL ONE<br>11013 W BROAD ST<br>GLEN ALLEN, VA 23060-6017 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | CarMax Auto Finance dba CarMax Business Serv<br>225 Chastain Meadows Court,<br>Suite 210<br>Kennesaw, GA 30144-5942 | CarMax Business Services LLC<br>225 Chastain Meadows Court<br>Kennesaw, GA 30144-5897 |
| Comenity Bank<br>Po Box 182273<br>Columbus, OH 43218-2273 | HEIGHTS FINANCE CORP<br>2168 S 22ND ST<br>LAFAYETTE, IN 47905-2204 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| IL Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60515-1703 | LVNV Funding AAO FNBM LLC<br>PO Box 10587<br>POC Notice: Susan Gaines<br>Greenville, SC 29603-0587 | LVNV Funding c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MOHELA<br>633 SPIRIT DRIVE<br>CHESTERFIELD, MO 63005-1243 | ONEMAIN<br>605 Munn Rd E<br>Fort Mill, SC 29715-8421 |
| ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | PNC Bank, National Association<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| SYNCB/LENSCR<br>C/O PO BOX 965036<br>ORLANDO, FL 32896-0001 | SYNCB/WALMAR<br>PO BOX 965024<br>ORLANDO, FL 32896-5024 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Village of Crestwood<br>13840 S. Cicero Crestwood<br>Midlothian, IL 60445 | Village of Oak Lawn<br>9446 S Raymond Ave<br>Oak Lawn, IL 60453-2449 | Alexander P Nohr<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 |

| | | |
|---|---|---|
| Charlotte S Thompson<br>3760 W 120th St Apt 1b<br>Alsip, IL 60803-1265 | Jeremy M Nevel<br>The Semrad Law Firm, LLC<br>20 S. Clark St., Suite 2800<br>Chicago, IL 60603-1811 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Ryan P Crotty<br>The Semrad Law Firm, LLC<br>20 S Clark St, Fl 28<br>Chicago, IL 60603-1811 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IDOR-Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664 | Portfolio Recovery Associates<br>120 Corporate Blvd<br>Norfolk, VA 23502 | SPRINGLEAF FINANCIAL S<br>307 ATLANTS RD<br>CUMMING, GA 30040 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC Bank, National Association

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 09986 |
| Charlotte S Thompson, ) | HON. A. Benjamin Goldgar |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Charlotte S Thompson, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtor states the following:

1. On April 5, 2019, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On May 21, 2019, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $425.00 monthly for 60 months.

5. The confirmed Chapter 13 plan in Section 3.2 inadvertently listed the secured collateral financed with CarMax Business Services, LLC as a 2009 Hummer H3. The collateral should be listed as a 2008 Hummer H3.

6. Debtor respectfully requests this Honorable Court to amend Section 3.2 of the Chapter 13 Plan to list the secured collateral with CarMax Business Services, LLC as a 2008 Hummer H3, instead of a 2009 Hummer H3.

7. Debtor is in a position to proceed with the instant case.

8. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays that this Honorable Court grant the following relief:

A. Modify Section 3.2 of Debtor's Chapter 13 Plan to list the secured collateral with CarMax Business Services, LLC as a 2008 Hummer H3; and,

B. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ Jeremy M. Nevel* ___
*Attorney for Debtor*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625